TARA K. MCGRATH
United States Attorney
JAMES REDD
Assistant U.S. Attorney
Illinois Bar No. 6315678
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-9661
james.redd@usdoj.gov

**SEALED**

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **24MJ2075** |
|---|---|
| Plaintiff, | MOTION TO SEAL: |
| v. | 1) COMPLAINT;<br>2) ARREST WARRANT; |
| LUIS LEDESMA, | 3) THIS MOTION; AND<br>ORDER THEREON |
| Defendant. | **[UNDER SEAL]** |

The United States of America, by its counsel, moves to seal the 1) Complaint, 2) Arrest Warrant, and 3) this Motion in the above-captioned matter. These documents disclose an ongoing investigation. Disclosure in the public record at this time likely would cause the

//
//
//
//

1  target to flee to avoid prosecution, destroy, or discard evidence, and otherwise seriously
2  jeopardize the investigation.

4  DATED: May 24, 2024.

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

JAMES REDD
Assistant U.S. Attorney

SO ORDERED.

HON. DAVID D. LESHNER
United States Magistrate Judge